46725. COE & PAYNE COMPANY v. WOOD-MOSAIC
CORPORATION et al.
46726, 46740. ATLANTA FLOORING COMPANY v.
WOOD-MOSAIC CORPORATION et al. (two cases.)
46727. C. P. COMPANY v. WOOD-MOSAIC
CORPORATION et al.

QUILLIAN, Judge. On writ of certiorari the Supreme Court
has reversed our judgments in the above styled cases.
*Coe & Payne Co. v. Wood-Mosaic Corp.,* 230 Ga. 58. In
conformity with that ruling, the judgments are
reversed.
*Judgments reversed. Bell, C. J., and Evans, J., concur.*
DECIDED FEBRUARY 21, 1973.

*Powell, Goldstein, Frazer & Murphy, Edward E. Dorsey,
Stuart E. Eizenstat,* for Coe & Payne.
*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Robert
W. Beynart, Sam F. Lowe, Jr.,* for Atlanta Flooring.
*Neely, Freeman & Hawkins, Albert H. Parnell,* for C. P.
Company.
*Scott Walters,* for Allen.
*Carter, Ansley, Smith, McLendon & Quillian, Henry M.*

*Quillian, Jr., N. Forrest Montet,* for appellees.